12 CV 02735

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Kaiser Rafiq__

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

__City of New York__

__Officer Mark Berdichevskiy Shield # 22230__

__Officer Justin Shambarger Shield # 17414__

__Richmond University M.C.__

__Private Physician: Allen Carol__
__Nurse: Mora Marilyn__

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name __Kaiser Rafiq__
            ID # __541-11-01462__
            Current Institution __GMDC Rikers Island__
            Address __15-15 Hazen St__
            __East Elmhurst NY 11370__

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name __City of New York__   Shield # _____
                  Where Currently Employed _____
                  Address _____

*Rev. 05/2010*                                1

RECEIVED
APR - 3 2012
PRO SE OFFICE

Defendant No. 1   Name City of New York _____ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 2   Name Officer Mark Berdichusky   Shield # 22230
Where Currently Employed 120 Precent Staten Island N.Y
Address _____

Defendant No. 3   Name Officer Justin Shumbarger   Shield # 17414
Where Currently Employed 120 Precent Staten Island N.Y
Address _____

Defendant No. 4   Name Richmond University M.C.   Medical Record Shield # 1100 3613
Where Currently Employed _____   Tel # 718-818-2915
Address 355 Bard Avenue
Staten Island N.Y 10310

Defendant No. 5   Name Allen Carol   Medical Record Shield # 1100 3613
Where Currently Employed Richmond University M.C.
Address 355 Bard Avenue
Staten Island N.Y 10310

Defendant 6 NAME = Mora Marilyn
Employed - Richmond University M.C.
355 Bard Ave. SI, NY 10310

II.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? _____
Staten island university Hospital

B.   Where in the institution did the events giving rise to your claim(s) occur? _____
Emergency room

C.   What date and approximate time did the events giving rise to your claim(s) occur? _____
08/16/2011   9:36 pm

**What happened to you?**

D. Facts: I was pulled over while driving without probable cause. Officer Mark Bernichevskiy, while insulting me with racial slurs, began to search me and fondled my buttox in an inappropriate manner. He then proceeded to place his hands in between my buttcheeks towards my rectum, in an attempt to degrade and embarrass me. When I protested his illegal and disgusting "search", he asked me to pull down my pants so he can look inside my ass. When I refused,

**Who did what?**

he notified EMS to escort me to the hospital. While at the hospital a registered nurse, Marilyn Mora, and private physician Carol Allen physically undressed me while I was in handcuffs and leg shackles and forcefully placed their hands into my anus in order

**Was anyone else involved?**

to recovery "drugs". This medical procedure occured without my consent nor permission and against my will dispite my protest.

**Who else saw what happened?**

III. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I have suffered embarrasment and mental trama. as well as perminent injuries to my neck, back, rectum and legs.

IV. **Exhaustion of Administrative Remedies**:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____   No _X_

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Na

Yes ____   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Na

Yes ____   No ____   Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Na

Yes ____   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

Na

_____

1. Which claim(s) in this complaint did you grieve? _____

_____

2. What was the result, if any? _____

_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: I was not incarcerated at the time incident occured.

_____

_____

2. If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: ___N/A___

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. ___N/A___

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I Am Seeking Monetary Compensation In The Amount of $2,376,589.24. This Compensation will Ensure That my medical and phychological Bills Are covered. This Amount will Also reimburst me for loss Employment And future Damages that Arised From pain and suffering That was caused From This specific Incident.

VI. **Previous lawsuits:**

<div style="float:left">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✗

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____N/a_____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
_____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

<div style="float:left">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✗

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
_____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

*Rev. 05/2007*                                                                6

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 28 day of March, 2012.

       Signature of Plaintiff _[signature]_
       Inmate Number 541-1101-46_
       Institution Address 15-15 Hazen St
       East Elmhurst, N.Y. 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 28 day of March, 2012, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

       Signature of Plaintiff: _[signature]_